# JANUARY 31, 1945

## EX PARTE PABLO SANCHEZ.

No. 23065.Delivered January 31, 1945.

The opinion states the case.

*Nago L. Alaniz,* of San Diego, for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from the refusal of District Judge to grant bail to appellant on a charge of murder filed against him in the Justice Court of Jim Wells County.

The only witness testifying in the case and whose evidence appears in the record describes a wanton murder with no indication of any mitigating circumstances. We have no support for a finding that the order of the District Judge, refusing bail, is not warranted.

The judgment of the trial court is affirmed.